IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07cv3073 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| C. W. VANHORN, et al, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 6, the Motion for Voluntary Dismissal Without Prejudice filed by the plaintiff, Billie Joe Chapman. Filing no. 6 is granted, and the above-entitled case is dismissed, without prejudice, at the plaintiff's request. Judgment will be entered accordingly.

SO ORDERED.

DATED this 25th day of May, 2007.

BY THE COURT

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge